# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID G. MUCKERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14CV01844 ERW |
| | ) |
| ARTHUR W. GENASCI, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff David Muckerman's failure to show cause why his Complaint should not be dismissed for failure to prosecute. On March 12, 2015, this Court "grant[ed] Plaintiff leave to file an Amended Complaint within twenty-one (21) days" [ECF No. 11 at 2]. No Amended Complaint was filed, and on April 27, the Court ordered Plaintiff to show cause, "no later than May 8, 2015, why his Complaint against remaining Defendant Arthur Genasci shall not be dismissed" [ECF No. 12]. Plaintiff has failed to file anything or otherwise make such a showing.

Accordingly,

**IT IS HEREBY ORDERED** that the above-styled action is **DISMISSED, without prejudice.**

Dated this  19th  Day of May, 2015.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE